No. 87–6997. CARELLA v. CALIFORNIA. App. Dept., Super. Ct. Cal., Los Angeles County. [Probable jurisdiction noted, *ante*, pp. 940 and 964.] Motion for appointment of counsel granted, and it is ordered that Christopher D. Cerf, Esq., of Washington, D. C., be appointed to serve as counsel for appellant in this case.

No. 88–660. SIMKINS INDUSTRIES, INC. v. SIERRA CLUB. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–5808. MACHARIA v. HODEL, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 3, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 88–493. UNIVERSITY OF PENNSYLVANIA v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari granted limited to Question 2 presented by the petition. Reported below: 850 F. 2d 969.

No. 88–681. CALIFORNIA STATE BOARD OF EQUALIZATION v. SIERRA SUMMIT, INC. C. A. 9th Cir. Certiorari granted.

No. 87–1873. DOW CHEMICAL CO. v. AREHART. C. A. 9th Cir. Certiorari denied.

No. 88–451. HORRIGAN v. GENERAL DYNAMICS CORP. ET AL. C. A. 1st Cir. Certiorari denied.